In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY.

PARK FINANCIAL CORPORATION, Appellant; SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator et al., Respondents.

Argued March 1, 1945; decided April 5, 1945.

*Jay Leo Rothschild* and *Louis I. Hochstein* for appellant.
*William J. Butler, Robert Gerbracht, Jr.,* and *Cloyd Laporte* for Dollar Savings Bank of the City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.